# Exhibit A

**Proposed Order**

72043619.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET PARENT COMPANY, LLC,<br><br>      Debtors.<br><br>Employer Tax I.D. No. 46-5472055 | Chapter 11<br><br>Case No. 20-10166 (JTD) |
| In re:<br><br>LUCKY'S FARMERS MARKET HOLDING COMPANY, LLC,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 90-0915480 | Chapter 11<br><br>Case No. 20-10167 (JTD) |
| In re:<br><br>LUCKY'S MARKET OPERATING COMPANY, LLC,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 30-0947064 | Chapter 11<br><br>Case No. 20-10168 (JTD) |
| In re:<br><br>LFM STORES LLC,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 46-1753114 | Chapter 11<br><br>Case No. 20-10169 (JTD) |
| In re:<br><br>LUCKY'S FARMERS MARKET, LP,<br><br>      Debtor.<br><br>Employer Tax I.D. No. 30-0760828 | Chapter 11<br><br>Case No. 20-10170 (JTD) |

72043619.2

| | |
|---|---|
| In re:<br><br>LUCKY'S FARMERS MARKET RESOURCE CENTER, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 46-1787711 | Chapter 11<br><br>Case No. 20-10171 (JTD) |
| In re:<br><br>LUCKY'S MARKET HOLDING COMPANY 2, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 38-3930607 | Chapter 11<br><br>Case No. 20-10172 (JTD) |
| In re:<br><br>LUCKY'S MARKET GP 2, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 46-5599335 | Chapter 11<br><br>Case No. 20-10173 (JTD) |
| In re:<br><br>LUCKY'S MARKET 2, LP,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 30-0828384 | Chapter 11<br><br>Case No. 20-10174 (JTD) |
| In re:<br><br>LUCKY'S MARKET OF LONGMONT, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 46-1459789 | Chapter 11<br><br>Case No. 20-10175 (JTD) |

| | |
|---|---|
| In re:<br><br>LUCKY'S FARMERS MARKET OF BILLINGS, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 90-0948088 | Chapter 11<br><br>Case No. 20-10176 (JTD) |
| In re:<br><br>LUCKY'S FARMERS MARKETS OF COLUMBUS, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 80-0903379 | Chapter 11<br><br>Case No. 20-10177 (JTD) |
| In re:<br><br>LUCKY'S FARMERS MARKET OF ROCK HILL, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 35-2493386 | Chapter 11<br><br>Case No. 20-10178 (JTD) |
| In re:<br><br>LFM JACKSON, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 61-1738300 | Chapter 11<br><br>Case No. 20-10179 (JTD) |
| In re:<br><br>LUCKY'S FARMERS MARKET OF ANN ARBOR, LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 90-1004067 | Chapter 11<br><br>Case No. 20-10180 (JTD) |

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET OF GAINESVILLE, LLC,<br><br>　　　　Debtor.<br><br>Employer Tax I.D. No. 35-2497877 | Chapter 11<br><br>Case No. 20-10181 (JTD) |
| In re:<br><br>LUCKY'S MARKET OF BLOOMINGTON, LLC,<br><br>　　　　Debtor.<br><br>Employer Tax I.D. No. 47-1623944 | Chapter 11<br><br>Case No. 20-10182 (JTD) |
| In re:<br><br>LUCKY'S MARKET OF PLANTATION, LLC,<br><br>　　　　Debtor.<br><br>Employer Tax I.D. No. 47-1764356 | Chapter 11<br><br>Case No. 20-10183 (JTD) |
| In re:<br><br>LUCKY'S MARKET OF SAVANNA, GA, LLC,<br><br>　　　　Debtor.<br><br>Employer Tax I.D. No. 47-2301097 | Chapter 11<br><br>Case No. 20-10184 (JTD) |
| In re:<br><br>LUCKY'S MARKET OF TRAVERSE, CITY, LLC,<br><br>　　　　Debtor.<br><br>Employer Tax I.D. No. 47-2312033 | Chapter 11<br><br>Case No. 20-10185 (JTD) |

| | |
|---|---|
| In re:<br><br>LUCKY'S MARKET OF NAPLES, FL, LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 47-3188700 | Chapter 11<br><br>Case No. 20-10186 (JTD) |
| In re:<br><br>SINOC, INC.,<br><br>Debtor.<br><br>Employer Tax I.D. No. 84-1140723 | Chapter 11<br><br>Case No. 20-10187 (JTD) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF
CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"),[2] for entry of an order (this "**Order**") directing the joint administration of these Chapter 11 Cases and the consolidation thereof for procedural purposes only; and upon the First Day Declaration; and this Court having found that it has jurisdiction to consider the Motion pursuant to 28 U.S.C. § 1334; and this Court having found that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b), and that the Debtors consent to entry of a final order under Article III of the United States Constitution; and this Court having found that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

- 5 -

72043619.2

§§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and this Court having reviewed the Motion and having heard statements in support of the Motion at a hearing held before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and the First Day Declaration and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested in the Motion having been withdrawn or overruled on the merits; and after due deliberation thereon and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above-captioned Chapter 11 Cases shall be jointly administered by the Court and consolidated for procedural purposes only under the case of Lucky's Market Parent Company, LLC, Case No. 20-10166.

3. The caption of the jointly administered Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUCKY'S MARKET PARENT COMPANY, LLC, *et al.*,[1] | Case No. 20-10166 (JTD) |
| Debtors. | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Lucky's Market Parent Company, LLC (2055), Lucky's Farmers Market Holding Company, LLC (5480), Lucky's Market Operating Company, LLC (7064), LFM Stores LLC (3114), Lucky's Farmers Market, LP (0828), Lucky's Farmers Market Resource Center, LLC (7711), Lucky's Market Holding Company 2, LLC (0607), Lucky's Market GP 2, LLC (9335), Lucky's Market 2, LP (8384), Lucky's Market of Longmont, LLC (9789), Lucky's Farmers Market of Billings, LLC (8088), Lucky's Farmers Markets of Columbus, LLC (3379), Lucky's Farmers Market of Rock Hill, LLC (3386), LFM Jackson, LLC (8300), Lucky's Farmers Market of Ann Arbor, LLC (4067), Lucky's Market of Gainesville, LLC (7877), Lucky's Market of Bloomington, LLC (3944), Lucky's Market of Plantation, LLC (4356), Lucky's Market of Savannah, GA, LLC (1097), Lucky's Market of Traverse, City, LLC (2033), Lucky's Market of Naples, FL, LLC (8700), and Sinoc, Inc. (0723).

4. The Clerk of this Court shall make a docket entry in each Chapter 11 Case (except that of Lucky's Market Parent Company, LLC) substantially as follows:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Lucky's Market Parent Company, LLC and its affiliates that have concurrently commenced chapter 11 cases. The docket in the chapter 11 case of Lucky's Market Parent Company, LLC, Case No. 20-10166, should be consulted for all matters affecting this case."

5. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. Notice of the Motion as provided therein shall be deemed good and sufficient, and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Notwithstanding the applicability of any Bankruptcy Rule, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases.

Dated: _____, 2020
Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE

72043619.2